CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUN 25 2010

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER DEAN HUBBARD, | ) |
| Petitioner, | ) Case No. 7:10CV00273 |
| v. | ) |
| | ) **FINAL ORDER** |
| COMMONWEALTH OF VIRGINIA, | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this civil action, which the court construes as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice, and this action is stricken from the active docket of the court.

ENTER: This 25th day of June, 2010.

/s/ Glen E. Conrad
United States District Judge